3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 10 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS JAVIER VEGA-OLVERA<br>    Plaintiff-Petitioner, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-044 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | §<br>§ | CRIMINAL NO. B-99-201-01 |

## O R D E R

Petitioner, Jesus Javier Vega-Olvera, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by May 23, 2001.

DONE at Brownsville, Texas, this 10th day of April, 2001.

_____
John Wm. Black
United States Magistrate Judge