6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JESUS JAVIER VEGA-OLVERA | * |
| VS | *   CIVIL ACTION NO. B-01-044 |
| UNITED STATES OF AMERICA | *   (Criminal No. B-99-201) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Petitioner's 28 U.S.C. § 2255 Motion be **denied**.

DONE at Brownsville, Texas, this 23 day August.

_____
Hilda G. Tagle
United States District Judge

8